UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Linda Benton, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-11163 GAO |
| Indevus Pharmaceuticals, Inc., et al. ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 12, 2004         /s/ Janice W. Howe
                             William A. McCormack  BBO #329580
                             Janice W. Howe BBO #242190
                             David Yamin BBO #562216
                             Bingham McCutchen LLP
                             150 Federal Street
                             Boston, MA  02110
                             (617) 951-8000
                             *Counsel for Defendants Wyeth and*
                             *Wyeth Pharmaceuticals, Inc.*

LITDOCS/555942.1