UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
LINDA BENTON, JOAN CARMAN, SYLVIA    :
CLANTON, DOROTHY CLARK, DEBRA        :
CONGER, SANDRA COOK, SHIRLEY         :
COOPER, LINDA DOUGLAS, EVELYN        :
DUDLEY, BRENDA EMBREE, SHARON        :
ENGLERT, DEBBIE GARLIN, DEBORAH      :
GRIFFIN, ELEANOR HARRISON, ANNA      :
HOGAN, TRUDY LINCKS, CHERYLL         :
MAUBACH, TERRY MCCLAY, LESTER        :
MCMULLAN, CATHERINE MILBURN,         :
                                     :
      Plaintiffs                     :   Civil Action
v.                                   :   No. 04-11163-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH          :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A      :
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
      Defendants                     :
------------------------------------ x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 25, 2004                                     Respectfully submitted,
       Boston, Massachusetts

                                                     /s/Matthew J. Matule
                                                     Matthew J. Matule (BBO #632075)
                                                     SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,              (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                                     Boehringer Ingelheim Pharmaceuticals, Inc.